IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2010 FEB -9 PM 3: 03

MICHAEL E. WALD,

    Plaintiff,

v.

BRINK'S, INCORPORATED,

    Defendant.

CIVIL NO. 2 10 C V 075

## NOTICE OF REMOVAL (28 U.S.C. § 1441)

TO THE CLERK OF THE DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA:

PLEASE TAKE NOTICE that defendant Brink's, Incorporated ("Brink's") hereby removes to this Court the state court action described below.

1. On December 16, 2009, an action was commenced in Lake County Superior Court in the State of Indiana, entitled *Michael E. Wald v. Brink's Incorporated*, as Cause Number 45D05 0912 CT 181. A copy of the complaint ("Complaint") is attached hereto as Exhibit A.[1]

2. The first date upon which defendant Brink's received a copy of the Complaint was January 19, 2010 when defendant was served with a copy of the Complaint and a summons from the Lake County Superior Court. A copy of the summons is attached hereto as Exhibit B.

---

[1] Although paragraph 6 of the Complaint references a letter "annexed and incorporated as Exhibit 1," neither Brink's nor the Lake County Superior Court received a copy of that exhibit.

3.    This removal is timely under 28 U.S.C. § 1446(b) because it is within 30 days of the date Brink's received this Complaint and is also within 30 days of the date on which Brink's first had notice that the case was removable.

4.    This Court has original jurisdiction over this action under 28 U.S.C. § 1332 pursuant to the Court's diversity jurisdiction. This action is one that may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441 because it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interests and costs. The grounds for removal of this action are:

a.    As alleged in the Complaint, Plaintiff Michael Wald is a citizen of the State of Indiana. Complaint ¶ 1.

b.    At the time of the commencement of this action and at all times since, Defendant Brink's was and is a Delaware corporation, with its principal place of business located in Richmond, Virginia. Brink's is the only defendant that has been served with a summons and the Complaint in this action.

c.    More than $75,000, exclusive of interest and costs, is in controversy in this action. Plaintiff alleges he was wrongfully terminated without just cause on or about December 31, 2007 and that Brink's has failed and refused to restore him to employment or pay him the proper compensation owed to him for hours worked. Complaint ¶¶ 4, 6. In his last full year of employment, Plaintiff earned $41,753.77 for hours worked, exclusive of fringe benefits. The period between Plaintiff's discharge and the filing of the Complaint here is 101 weeks, and as such, any claim for back pay at this rate, even less fringe benefits and assuming no increases in pay, would amount to over $80,000.00. Plaintiff also seeks vacation pay in the amount of $2,512 plus liquidated damages up to double that amount, which places a total of $7,536 at issue

for his vacation pay claim. In addition to these damages, Brink's could also be liable for front pay and penalties, including attorneys fees and could be ordered to reinstate the plaintiff.

5. Written notice of the filing of this Notice of Removal will be given to the plaintiff as required by law.

6. A true copy of this Notice of Removal will be filed in the Clerk's Office of the Lake County Superior Court in the State of Indiana.

WHEREFORE, defendant respectfully requests that the within action now pending in the Lake County Superior Court in the State of Indiana, Cause No. 45D05 0912 CT 181, be removed to the United States District Court for the Northern District of Indiana, Hammond Division.

DATED: February __, 2010        Respectfully submitted,

**HOEPPNER WAGNER & EVANS LLP**

*/s/ L. Evans*

Larry G. Evans
1000 E. 80th Pl., Sixth Floor South
P.O. Box 10627
Merrillville, Indiana 46411-0627
Telephone: (219) 769-6552
Facsimile: (219) 738-2349
E-Mail: levans@hwelaw.com

Attorneys for Defendant Brink's, Incorporated

**CROWELL & MORING LLP**
James E. Kellett *(pro hac vice* pending)
590 Madison Avenue, 20th Floor
New York, New York 10022-2524
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
E-Mail: jkellett@crowell.com

Trina D. McAlister *(pro hac vice* pending)
275 Battery Street, 23rd Floor

San Francisco, California 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
E-Mail: tmcalister@crowell.com

Of Counsel to Defendant Brink's, Incorporated